No. 469. COMPTON-DELEVAN IRRIGATION DISTRICT *v.* BEKINS ET AL., TRUSTEES. December 3, 1945. Petition

for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. P. Marcell Barceloux* for petitioner. *Mr. W. Coburn Cook* for respondents. ■